UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 2:11cr447 |
| JAMES EDWARD PENDER, a/k/a "JABBAR PENDER;" RUSSELL FLUKER; RONALD BASSETT; and KEITH EUTSEY | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendants James Edward Pender (Thomas Ambrosio, appearing), Russell Fluker (Anthony Iacullo appearing), Ronald Bassett (Ronald Rubinstein appearing) and Keith Eutsey (John O'Reilly appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from July 6, 2011 to September 4, 2011, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendants being aware that they have the right to have this matter brought to trial within seventy (70) days of date the defendants appeared before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendants through their attorneys having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendants are involved in plea negotiations with the government,

which, if successful, would render trial of this matter unnecessary.

    2.    Defendants have consented to the aforementioned continuance.

    3.    The grant of a continuance will likely conserve judicial resources.

    4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 13 day of July 2011,

ORDERED that the proceedings in the above-captioned matter are continued for the sixty (60) day period from July 6, 2011 to September 4, 2011;

IT IS FURTHER ORDERED that the period between July 6, 2011 to September 4, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS
United States District Judge

_____
Thomas Ambrosio
Attorney for James Edward Pender

_____
Ronald Rubinstein
Attorney for Ronald Bassett

_____
Anthony Iacullo
Attorney for Russell Fluker

_____
John O'Reilly
Attorney for Keith Eutsey

_____
Sharon Ashe
Assistant United States Attorney