UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | : | |
| v. | : | Criminal No. 11-447(WHW) |
| | : | |
| JAMES PENDER, | : | **ORDER** |
| RUSSELL FLUKER, | : | |
| RONALD BASSETT, and | : | |
| KEITH EUTSEY | : | |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing) and defendants James Pender (Thomas Ambrosio, Esq., appearing), Russell Fluker (Anthony J. Iacullo, Esq., appearing), Ronald Bassett (Ronald Rubinstein, Esq., appearing) and Keith Eutsey (John J. O'Reilly, Esq., appearing)  and good cause having been shown, the Court makes the following findings:

This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, section 3161; and

The ends of justice served by a continuance of the trial date in this matter until January 9, 2012 outweigh the interest of the public and the defendant in a speedy trial;

IT IS, therefore on this 23rd day of August, 2011, ORDERED that:

The trial date in this matter is continued until January 9, 2012, and that the period of time from August 10, 2011 through January 9, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. section 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(iv); and it is further ORDERED that:

Defendants shall file pretrial motions on or before November 15, 2011;

The Government shall respond to such motions on or before December 15, 2011;

The return date for pretrial motions shall be December 28, 2012; and

Trial shall commence on January 9, 2012 at 10 a.m.

Hon. William H. Walls
United States District Judge

_____
Sharon Ashe, A.U.S.A


_____
Thomas Ambrosio, Esq.
Attorney for James Pender


_____
Anthony J, Iacullo, Esq.
Attorney for Russell Fluker


_____
Ronald Rubinstein, Esq.
Attorney for Ronald Bassett


_____
John J. O'Reilly, Esq.
Attorney for Keith Eutsey

---

Sharon Ashe, A.U.S.A

---

*[signature]*

Thomas Ambrosio, Esq.
Attorney for James Pender

---

Anthony J, Iacullo, Esq.
Attorney for Russell Fluker

---

*[signature]*

Ronald Rubinstein, Esq.
Attorney for Ronald Bassett

---

John J. O'Reilly, Esq.
Attorney for Keith Eutsey

_____

Sharon Ashe, A.U.S.A

_____

Thomas Ambrosio, Esq.
Attorney for James Pender

_____

Anthony J. Iacullo, Esq.
Attorney for Russell Fluker

_____

Ronald Rubinstein, Esq.
Attorney for Ronald Bassett

_____

John J. O'Reilly, Esq.
Attorney for Keith Rutsey