UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------

UNITED STATES OF AMERICA

    -against-

JAMES PENDER,
RUSSELL FLUKER,
RONALD BASSETT, and
KEITH EUTSEY

          Defendants.

-------------------------------

ORDER FOR CONTINUANCE

11 Cr. 447 (WHW)

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendants James Pender (Thomas Arnbrosio, Esq., appearing), Russell Fluker (Anthony J. Iacullo, Esq., appearing), Ronald Bassett (Ronald Rubinstein, Esq., appearing) and Keith Eutsey (John J. O'Reilly, Esq., appearing) and good cause having been shown, the Court makes the following findings:

This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, section 3161; and the ends of justice served by a continuance

of the trial date in this matter until May 1, 2012 outweigh the interest of the public and the defendants in a speedy trial;

WHEREFORE, it is on this _____ day of December 2011, ORDERED that:

The trial date in this matter is continued until May 1, 2012, and that the period of time from January 9, 2012 through May 1, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. section 3161 (h)(8)(A), (h)(8)(B)(ii) and (h)(8)(iv);

Trial shall commence on May 1, 2012 at 10:00am.

_____
HON. WILLIAM H. WALLS
United States District Judge

_Sharon Ashe_
Sharon Ashe, AUSA

_____
Thomas Arnbrosio, Esq.
(Attorney for JAMES PENDER)

of the trial date in this matter until May 1, 2012 outweigh the interest of the public and the defendants in a speedy trial;

WHEREFORE, it is on this 13 day of December 2011, ORDERED that:

The trial date in this matter is continued until May 1, 2012, and that the period of time from January 9, 2012 through May 1, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. section 3161 (h) (8) (A), (h) (8) (B) (ii) and (h) (8) (iv);

Trial shall commence on May 1, 2012 at 10:00am.

HON. WILLIAM H. WALLS
United States District Judge

Sharon Ashe, AUSA

Thomas Ambrosio, Esq.
(Attorney for JAMES PENDER)

_____
Anthony J. Iacullo, Esq.
(Attorney for Russell Fluker)



_____
Ronald Rubinstein, Esq.
(Attorney for RONALD BASSETT)



_____
John J. O'Reilly, Esq.
(Attorney for KEITH EUTSEY)

_____
Anthony J. Iacullo, Esq.
(Attorney for Russell Fluker)


_____
Ronald Rubinstein, Esq.
(Attorney for RONALD BASSETT)


_____
John J. O'Reilly, Esq.
(Attorney for KEITH EUTSEY)

_____
Anthony J. Iacullo, Esq.
(Attorney for Russell Fluker)


_____
Ronald Rubinstein, Esq.
(Attorney for RONALD BASSETT)


_____/s/_____
John J. O'Reilly, Esq.
(Attorney for KEITH EUTSEY)